Decided 22 November, 1899.
### ROYLES v. NORTON.

From Lane : J. C. FULLERTON, Judge.

Action to recover the amount of a note. Defendant had judgment in the justice's court, and a writ of review to the circuit court was dismissed. Plaintiff then took this appeal.                    AFFIRMED.

*Messrs. A. C. Huston* and *Geo. A. Dorris,* for appellant.

*Messrs. A. C. Woodcock* and *E. R. Skipworth,* for respondent.

No trial fee having been paid and no one appearing for appellant at the time set for hearing, the judgment was affirmed on motion of respondent.    No opinion.

AFFIRMED.

<div align="center">

Decided 8 January, 1900.